UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 04-11 |
| LOVELLE LANG | SECTION "N" |

### ORDER AND REASONS

Before the Court are the following two motions: (1) the "Motion Under 28 USC § 2255 to Vacate, Set Aside, or Correct Sentence" (Rec. Doc. 303) brought by Petitioner Lovelle Lang; and (2) the "Government's Motion to Dismiss Application for Relief" (Rec. Doc. 305). After considering the memoranda filed by the parties (including Petitioner's Response to the Government's Motion to Dismiss Petitioner's Application for relief (Rec. Doc. 308)), the record, and the applicable law,

**IT IS ORDERED** that, for substantially the same reasons as stated by the Government in Rec. Doc. 305, the **"Government's Motion to Dismiss Application for Relief" (Rec. Doc. 305)** is **GRANTED**, and **Petitioner's "Motion Under 28 USC § 2255 to Vacate, Set Aside, or Correct Sentence" (Rec. Doc. 303)** is **DISMISSED** as untimely, without an evidentiary hearing.

New Orleans, Louisiana, this 8th day of June, 2011.

_____
**KURT D. ENGELHARDT**
**United States District Judge**